UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**PROPERTIES OF THE VILLAGES, INC.,**

      **Plaintiff,**

v.                                          Case No: 5:24-CV-00316

**FEDERAL TRADE COMMISSION,**

      **Defendant.**

_____/

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

__X__   IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

There are three cases pending in other federal district courts in which parties have challenged the same Final Rule of the Federal Trade Commission that is at issue here:

    *Ryan, LLC v. Federal Trade Commission*, **Case No. 3:24cv986 (N.D. Tex. filed Apr. 23, 2024),**

    *Chamber of Commerce of the United States of America et al. v. Federal Trade Commission et al.*, **Case No. 6:24cv148 (E.D. Tex. filed Apr. 24, 2024)**

    *ATS Tree Services, LLC v. Federal Trade Commission,* **Case No. No. 2:24-cv-1743 (E.D. Pa. filed Apr. 25, 2024)**

There is one case previously before this Court in which the same contract provision that would be impacted by the Final Rule was at issue:

> ***Properties of the Villages, Inc. v. Kranz*, No. 5:19-CV-647 JSM-PRL, 2021 WL 2144178 (M.D. Fla. May 24, 2021)**

\_\_\_\_\_   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: June 21, 2024

*s/Patrick M. Muldowney*
Patrick M. Muldowney
Florida Bar No. 0978396
e-mail: pmuldowney@bakerlaw.com
Meagan L. Martin
Florida Bar No. 89657
e-mail: mmartin@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue,
Suite 2300
Orlando, Florida 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168

-and-

Stacey K. Grigsby (pro hac vice
　application forthcoming)
Lauren Willard Zehmer (pro hac vice
　application forthcoming)
Matthew J. Glover (pro hac vice
　application forthcoming)

2

Emily Vernon (*pro hac vice* application forthcoming)
Eli Nachmany (*pro hac vice* application forthcoming)
**COVINGTON & BURLING LLP**
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sgrigsby@cov.com
lzehmer@cov.com
mglover@cov.com
evernon@cov.com
enachmany@cov.com

*Counsel for Plaintiff*

3

4888-4851-3994.2