**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PROPERTIES OF THE VILLAGES,
INC.,

      Plaintiff,

v.

                                  Case No. 5:24-cv-316-TJC-PRL

FEDERAL TRADE COMMISSION,

      Defendant.

## O R D E R

**THIS CASE** is before the Court on Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction (Doc. 25) and other motions related to the filing of amicus briefs and a re-filed brief (Docs. 40, 41, 44, 48).

Upon review, it is hereby

**ORDERED:**

1. Plaintiff's Request for Oral Argument (Doc. 26) is **GRANTED**. The Court will hold an in-person hearing on **August 14, 2024**, **at 2:00 p.m.** before the undersigned on Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction (Doc. 25) in the United States Courthouse, Courtroom 10D, 300

North Hogan Street, Jacksonville, Florida.[1] *Amici curiae* are welcome to attend the hearing but the Court will only hear argument from the parties.

2. Defendant's Unopposed Motion for Leave to Re-file Defendant's Memorandum in Opposition to Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction Conforming to Local Rules and in Excess of Page Limit (Doc. 41) is **GRANTED**. Defendant shall refile its response brief, up to 39 pages, no later than **August 1, 2024**. Plaintiff may file its reply, up to ten pages, no later than **August 9, 2024**.

3. The Unopposed Motions of *Amici Curiae* to file amicus briefs (Docs. 40, 44, 48) are **GRANTED**. The proposed briefs attached to those motions (Docs. 40-1, 44-1, 48-1) shall be deemed to be part of the record.

4. No responses to amicus briefs will be permitted.

5. Because of the expedited schedule, the Court will not consider any further motions for leave to file amicus briefs unless filed not later than **August 5, 2024**.

---

[1] Although this case was filed in the Ocala Division, the undersigned is in the Jacksonville Division and it appears that Jacksonville is likely just as convenient for counsel.

All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.

**DONE AND ORDERED** in Jacksonville, Florida the 30th day of July, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

s
Copies:

Counsel of record