# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| PROPERTIES OF THE VILLAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Civil Action No. 5:24-cv-316 |

**UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION (THE "MOTION"), ECF NO. 25, ON BEHALF OF *AMICI CURIAE* NATIONAL RETAIL FEDERATION, NATIONAL FEDERATION OF INDEPENDENT BUSINESS SMALL BUSINESS LEGAL CENTER, INC., INTERNATIONAL FRANCHISE ASSOCIATION, ASSOCIATED BUILDERS AND CONTRACTORS, INC., AMERICAN HOTEL & LODGING ASSOCIATION, NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, INDEPENDENT ELECTRICAL CONTRACTORS, CONSUMER TECHNOLOGY ASSOCIATION, UNITED STATES COUNCIL FOR INTERNATIONAL BUSINESS, THE HOME CARE ASSOCIATION OF AMERICA, AND THE RESTAURANT LAW CENTER (THE *"AMICI"*)**

*Amici curiae,* the National Retail Federation, the National Federation of Independent Business Small Business Legal Center, Inc., the International Franchise Association, the Associated Builders and Contractors, Inc., the American Hotel & Lodging Association, the National Association of Wholesaler-Distributors, the Independent Electrical Contractors, Consumer Technology Association, the United States Council for International Business, the Home Care Association of America, and the Restaurant Law Center (collectively, the "*amici*") respectfully submit this

1

unopposed motion for leave to file a brief in support of Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction, ECF No. 25 (the "Motion").

## MEMORANDUM OF LAW

The eleven *amici* represent thousands of companies that collectively employ tens of millions of employees at all levels across virtually every facet of the U.S. economy. Their interest in the outcome of the litigation is that most of their members would qualify as "employers" under the Final Rule and the Final Rule would upend their contractual relations with their workforces.

Federal district courts have "inherent authority" to permit *amicus* appearances. *Fishing Rights All., Inc. v. Pritzker*, 2016 WL 11491618, at *3 (M.D. Fla. June 8, 2016). "Although there are no formal rules or guidelines for the use of *amicus curiae* briefs in district courts, Rule 29 of the Federal Rules of Appellate Procedure and Rule 37 of the United States Supreme Court Rules govern *amicus curiae* briefs in those appellate proceedings, and they are instructive." *Fla. ex rel. McCollum v. U.S. Dep't of Health and Hum. Servs.*, 2010 WL 11570635, at *1 (N.D. Fla. June 14, 2010). Under Rule 29, private parties "may file a brief only by leave of court *or if the brief states that all parties have consented to its filing*[.]" Fed. R. App. P. 29(a)(2) (emphasis added). **Counsel for the Parties have stated that they consent to *amici* filing the proposed brief.**

*Amici* respectfully submit that the proposed brief will be helpful to the Court in resolving the pending motion. These *amici* represent industries in which narrowly tailored noncompete agreements, used appropriately, are critical to protect valuable

2

trade secrets, customer relationships, and other workforce investments such that the Final Rule poses a critical threat to those industries. Moreover, the proposed brief will not cause any delay in the proceedings, nor will it prejudice any party, as confirmed by all Parties' consent to the filing.

## CONCLUSION

For these reasons, *amici curiae* ask the Court to grant leave to file the attached brief in support of Plaintiff's Motion.

## LOCAL RULE 3.01(g) CERTIFICATION

I hereby certify that counsel for the *Amici* conferred with counsel for the Parties via email between August 2, 2024 and August 4, 2024 and confirmed that the Parties do not oppose the *Amici* filing an amicus brief in this Action.

Dated: August 5, 2024

Respectfully submitted,

*/s/ Robert Hearn*
Robert Hearn (No. 0067687)
EPSTEIN, BECKER, & GREEN, P.C.
1 Beach Drive SE, Suite 303
St. Petersburg, Florida 33701
Tel: 727-346-3767
rhearn@ebglaw.com

Carolyn O. Boucek
  (*pro hac vice* motion forthcoming)
EPSTEIN, BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, Illinois 60606
Tel: 312-499-1486

Erik W. Weibust
Katherine G. Rigby
  (*pro hac vice* motions forthcoming)
EPSTEIN, BECKER & GREEN, P.C.
125 High Street, Suite 2114
Boston, Massachusetts 02100
Tel: 617-603-1090
eweibust@ebglaw.com
krigby@ebglaw.com

A. Millie Warner
  (*pro hac vice* motion forthcoming)
EPSTEIN, BECKER & GREEN, P.C.

cboucek@ebglaw.com                    875 Third Avenue
                                      New York, New York 10022
                                      Tel: 212-351-4752
                                      mwarner@ebglaw.com

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing document was electronically filed in this matter with the Clerk of Court, using the ECF system, which sent notification of such filing to all counsel of record.

Date: August 5, 2024

                                           /s/   *Robert Hearn*
                                                 Robert Hearn