# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

| | |
|---|---|
| **PROPERTIES OF THE VILLAGES, INC.**<br>v.<br>**FEDERAL TRADE COMMISSION** | **CASE NO. 5:24-cv-316-TJC-PRL** |

**Counsel for Plaintiff:**
Stacey K. Grigsby, Esq.
Lauren Willard Zehmer, Esq.
Patrick M. Muldowney, Esq.
Meagan Leigh Martin, Esq.

**Counsel for Defendant:**
Rachael Westmoreland, Esq.

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

**Courtroom Deputy:** Timothy Luksha
**Court Reporter:** Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF HEARING:**   Motion Hearing

The Court heard argument on Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction and Incorporated Memorandum of Law (Doc. 25).

Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction and Incorporated Memorandum of Law (Doc. 25) is **GRANTED.**

Order to enter.

DATE: August 14, 2025

TIME: 2:02 p.m. – 4:54 p.m.
TOTAL: 2 hours and 52 minutes