IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| PROPERTIES OF THE VILLAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Case No.: 5:24-cv-00316-TJC-PRL |

**DEFENDANT'S UNOPPOSED MOTION TO SUSPEND RESPONSIVE PLEADING DEADLINE AND FILE A JOINT STATUS REPORT IN 30 DAYS PROPOSING NEXT STEPS**

Defendant respectfully requests that the Court suspend Defendant's deadline to file a responsive pleading to Plaintiff's complaint, which is currently due August 26, 2024, while Defendant considers whether to appeal the Court's decision on Plaintiff's motion for preliminary injunction and the parties discuss next steps for resolution of this case. Defendant further proposes that, within thirty days of the Court's decision on this motion, the parties file a joint status report proposing next steps in the case. Defendant's counsel has conferred with Plaintiff's counsel on the request sought herein, and Plaintiff agrees to Defendant's request. Good cause exists to suspend the responsive pleading deadlines at this juncture:

1. Plaintiff filed its complaint on June 21, 2024, challenging the Federal Trade Commission's Non-Compete Clause Rule, 89 Fed. Reg. 38,342 (May 7, 2024)

("Rule"). ECF No. 1. Defendant's responsive pleading to Plaintiff's complaint is due on August 26, 2024. *See* Fed. R. Civ. P. 12(a)(2).

2. Plaintiff moved for a preliminary injunction, and this Court granted Plaintiff's motion. *See* ECF No. 59. Specifically, the Court enjoined Defendant from "implementing or enforcing the Final Rule" against Plaintiff. *Id.*

3. In related litigation in the Northern District of Texas, a different court "set aside" the Rule on August 20, 2024, and entered final judgment stating that the "Rule shall not be enforced or otherwise take effect on September 4, 2024, or thereafter." Final Judgment, *Ryan, LLC. v. Federal Trade Commission*, No. 3:24-cv-986-E, (N.D. Tex. Aug. 20, 2024), ECF No. 212.

4. Defendant is currently considering its appeal options in both this case and the related case in the Northern District of Texas, and Defendant submits that the preparing and filing of a responsive pleading to Plaintiff's complaint would be an inefficient use of Defendant's resources at this time.

5. Furthermore, the parties need additional time to discuss next steps in this litigation, including the utility and timing of responsive pleadings. As such, Defendant proposes that within thirty days of this Court's ruling on the present motion, the parties meet and confer and file a joint status report proposing how the litigation should proceed thereafter.

6. This is the first extension of the responsive pleading deadline that Defendant has sought. This extension will not impact any current deadlines in the case.

WHEREFORE, Defendant respectfully requests that the Court suspend Defendant's deadline to file a responsive pleading to Plaintiff's complaint, and Defendant further proposes that, within thirty days of the Court's decision on this motion, the parties file a joint status report proposing next steps in this case.

Dated: August 22, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY R. FARBY
*Assistant Branch Director*

/s/ Rachael L. Westmoreland
RACHAEL L. WESTMORELAND
(GA Bar No. 439498)
TAISA M. GOODNATURE
ARJUN MODY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1280
Email: Rachael.Westmoreland@usdoj.gov

*Counsel for Defendant*

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred with counsel for Plaintiff on the relief requested herein via email exchange on August 20-21, 2024. Counsel for Plaintiff indicated that Plaintiff agrees to the relief requested herein.

/s/ Rachael L. Westmoreland