IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| PROPERTIES OF THE VILLAGES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | Case No.: 5:24-cv-00316-TJC-PRL |

## NOTICE OF APPEAL

    Please take notice that Defendant hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's August 15, 2024 Order and findings on Plaintiff's Motion for Stay of Effective Date and Preliminary Injunction, ECF No. 59.

Dated: September 24, 2024

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY R. FARBY
*Assistant Branch Director*

*/s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
(GA Bar No. 539498)
TAISA M. GOODNATURE
ARJUN MODY
Trial Attorneys
U.S. Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1280
Email:
rachael.westmoreland@usdoj.gov

*Counsel for Defendant*