IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| PROPERTIES OF THE VILLAGES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Case No.: 5:24-cv-00316-TJC-PRL |

## JOINT STATUS REPORT

Pursuant to the Court's August 23, 2024 Order, ECF No. 62, the parties hereby submit this joint status report:

1. This Court previously granted Plaintiff Properties of the Villages, Inc.'s Motion for Stay of Effective Date and Preliminary Injunction. ECF No. 59.

2. On September 24, 2024, Defendant Federal Trade Commission noticed its appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order and findings on Plaintiff's motion for stay and preliminary injunction. ECF No. 64.

3. The parties anticipate that the legal questions at issue on appeal, particularly whether Plaintiff has a likelihood of success on the merits of its challenge, will substantially overlap with questions to be raised on motions for summary judgment in this Court.

4. For that reason, the parties agree that a stay of all the deadlines in the district court proceedings pending the outcome of Defendant's appeal would promote efficiency and judicial economy.

5. The parties jointly propose that the Court stay all deadlines in the district court proceedings and set a status report deadline for 30 days after the appellate court issues a decision.

| | |
|---|---|
| Dated: September 25, 2024 | Respectfully submitted, |

STACEY K. GRIGSBY (*pro hac vice*)
LAUREN WILLARD ZEHMER (*pro hac vice*)
MATTHEW J. GLOVER (*pro hac vice*)
EMILY A. VERNON (*pro hac vice*)
ELI NACHMANY (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000
sgrigsby@cov.com
lzehmer@cov.com
mglover@cov.com
evernon@cov.com
enachmany@cov.com

PATRICK M. MULDOWNEY
  Florida Bar No. 0978396
MEAGAN L. MARTIN
  Florida Bar No. 89657
BAKER & HOSTETLER LLP
200 South Orange Avenue
Suite 2300
Orlando, FL 32802
(407) 649-4000
pmuldowney@bakerlaw.com
mmartin@bakerlaw.com
*Counsel for Plaintiff*
*Properties of the Villages, Inc.*

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

LESLEY R. FARBY
*Assistant Branch Director*

*/s/ Rachael L. Westmoreland*
RACHAEL L. WESTMORELAND
(GA Bar No. 539498)
TAISA M. GOODNATURE
ARJUN MODY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1280
Email:
rachael.westmoreland@usdoj.gov

*Counsel for Defendant*