United States District Court
Middle District of Florida
Ocala Division

**Properties of the Villages, Inc.,**

    *Plaintiff,*

v.                                         Case No. 5:24-cv-316-TJC-PRL

**Federal Trade Commission,**

    *Defendant.*

---

### Unopposed Motion to Withdraw

Emily A. Vernon, Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing Properties of the Villages, Inc. in this action.

I certify that the client consents to the withdrawal.

The withdrawal will not result in a person proceeding *pro se*. The client will continue to be represented by Patrick M. Muldowney, Meagan L. Martin, Stacey K. Grigsby (*pro hac vice*), Lauren Willard Zehmer (*pro hac vice*), Matthew J. Glover (*pro hac vice*), and Eli Nachmany (*pro hac vice*).

The withdrawal will not result in a continuance of a trial, nor will it impact any scheduling order or prejudice any party in this case.

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party consents to my withdrawal.

/s/ Emily A. Vernon
_____
Emily A. Vernon (*pro hac vice*)
Covington & Burling LLP
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-5061
evernon@cov.com