**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

PROPERTIES OF THE VILLAGES,
INC.,

      Plaintiff,

v.                                                                        Case No. 5:24-cv-316-TJC-PRL

FEDERAL TRADE COMMISSION,

      Defendant.

## <u>O R D E R</u>

Upon review of the Joint Stipulation of Dismissal Without Prejudice (Doc. 95), this case is dismissed without prejudice.   The parties shall bear their own costs and fees.   The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of May, 2026.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record